```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7260
        Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE WHITE-HARDEN, ) | |
| Plaintiff, ) | CIVIL NO. 03-04746 PJH |
| v. ) | STIPULATION AND ORDER |
| ) | APPROVING COMPROMISE |
| JO ANNE B. BARNHART, ) | SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, ) | FEES PURSUANT TO THE EQUAL |
| ) | ACCESS TO JUSTICE ACT |
| Defendant. ) | |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND THREE HUNDRED NINETY FIVE DOLLARS ($2,395.00), pursuant to the Equal access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

JAMES H. MILLER
BOX 10891 GRAND LAKE STATION
OAKLAND, CA 94610
(510) 451-2132 fax: 0824
jimillaw@rcn/com

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/. This amount includes costs.

1  Act.

2      3. Payment of the TWO THOUSAND THREE HUNDRED NINETY FIVE DOLLARS
3  ($2,395.00), EAJA fees incurred in this court action, will constitute a complete release from and bar
4  to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees
5  pursuant to the EAJA as a result of this court action.

10  Dated: June 18, 2004   /s/
    JAMES HUNT MILLER
    Attorney for Plaintiff

12  KEVIN V. RYAN
    United States Attorney

15  Dated: June 18, 2004   By:   /s/
    SARA WINSLOW
    Assistant United States Attorney

18  PURSUANT TO STIPULATION, IT IS SO ORDERED:

22  Dated: 10/26/05

    _____
    PHYLLIS J. HAMILTON
    United States District Judge

WHITE-HARDEN, EAJA STIP (cg)
C 03-04746 PJH      2